# TILEM & ASSOCIATES, PC

188 East Post Road - 3rd Floor
White Plains, New York 10601
914-833-9785
Fax 914-833-9788
www.tilemandcampbell.com

<u>Partners</u>
Peter H. Tilem, Esq.•
<u>Associates</u>
Hillary M. Nappi, Esq.*
Cindy N. Brown, Esq.♦
<u>Of Counsel</u>
Jasmine Hernandez, Esq.♦

• Admitted in NY & CT
♦ Admitted in NY
* Admitted in NY & NJ

February 24, 2017

**BY ECF**
Hon. Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 1306
New York, NY 10007

      Re: **<u>Lost Leaf Publications, LLC v. Hassane Kaba, et. al</u>**.
        SDNY Case No.: 1:16 – cv – 04671-ALC

Dear Judge Carter:

   This office represents Defendants Hassane Kaba and Optin Kaba LLC in the above-referenced matter. We write on behalf of Plaintiff Lost Leaf Publications and Defendants Hassane Kaba and Optin Kaba LLC to report on the status of the matter.

   We have agreed that the Plaintiff will withdraw their motion for a default judgment and agree to the vacating of the default judgment being entered against Defendants Hassane Kaba and Optin Kaba LLC. Defendants Hassane Kaba and Optin Kaba LLC will pay the sum of $4,000.00, with payment being due thirty days from today, to the Plaintiff for the costs associated with the preparation of the motion for default judgment.

   It is further agreed by the parties that Defendants Hassane Kaba and Optin Kaba LLC will have additional time to answer the complaint or move to dismiss the complaint.

Respectfully submitted,

*Hillary Nappi*
Hillary Nappi, Esq.

cc:   Jonathan Ettman, Esq. (by ECF)
      Feitlin, Youngman, Karas & Gerson, LLC
      65 Harristown Road, Suite 207
      Glen Rock, New Jersey 07452